NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

IN RE SIERRA WIRELESS, INC., SIERRA
WIRELESS AMERICA, INC., KYOCERA
CORPORATION, KYOCERA COMMUNICATIONS,
INC., AND KYOCERA WIRELESS CORP.,
*Petitioners.*

Miscellaneous Docket No. 969

On Petition for Writ of Mandamus to the United
States District Court for the Eastern District of Texas in
case nos. 09-CV-270, Judge Leonard Davis.

## ON PETITION FOR WRIT OF MANDAMUS

## O R D E R

Sierra Wireless, Inc. et al. (Google) submit a petition for a writ of mandamus to direct the United States District Court for the Eastern District of Texas to vacate its October 27, 2010 order denying transfer and to direct transfer to the United States District Court for the Southern District of California.

Upon consideration thereof,

2

IT IS ORDERED THAT:

Saxon Innovations, LLC is directed to respond no later than December 3, 2010.

FOR THE COURT

__NOV 1 8 2010__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk


cc: Don F. Livornese, Esq.
Robert E. Krebs, Esq.
Alexandra C. Fennell, Esq.
Clerk, United States District Court For The Eastern District Of Texas

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**NOV 1 8 2010**

**JAN HORBALY**
**CLERK**